ACCEPTED
04-15-00287-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/29/2015 2:38:06 PM
KEITH HOTTLE
CLERK

# NO.   04-15-00287-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/29/2015 2:38:06 PM
KEITH E. HOTTLE
Clerk

# IN THE FIRST COURT OF APPEALS

MAXINE ADAMS AND CECIL ADAMS
Appellants,

vs.

Harris County, Rebecca Ross, Kathleen Keese and Christopher Prine Clerk of the Court
Appellee

On Appeal from the 269th Judicial District
Houston, Texas
Cause No. 2014-35653
Transferred from First Court of Appeals
Houston, Texas
Cause No. 01-15-00384-CV

# CECIL ADAMS AND MAXINE ADAMS JOINT MOTION TO EXTEND TIME TO FILE APPELLATE BRIEF

Cecil Adams *(Pro Se)* and Maxine Adams *(Pro Se)*
5510 S. Rice Blvd.  #1206
Phone: 713 840-0330
Email: cecillovesmax@sbcglobal.net
TABLE OF CONTENTS......1
*Pro Se*

I.      MOTION TO EXTEND TIME ................................................................... 2

II.     CONCLUSION ......................................................................................... 3

  VERIFICATION.............................................................................................4

Now here comes Appellants Cecil Adams and Maxine Adams (the "Adams") to file this Motion to Extend Time to File Appellate Brief

## I.    MOTION TO EXTEND TIME TO FILE BRIEF

Background Facts:  On May 11, 2015 an order was signed by the First court of Appeals (Harris County) to transfer the above captions case to the Four Court of Appeals .  Adams was unaware of motion to transfer or order until an in-person request for a copy of the clerk record on CD was requested.  Adams were informed by the First Court of Appeals Clerk that since the order of Transfer was signed a copy of the record could not be checked out (parties were allowed to checkout record on disc for 7 days at no cost).  Adams contacted the clerk for the Fourth Court of Appeals and was informed a request would have to be mailed in with payment of $111.50 for the record.  Adams' asked if record could be  e-mail but was instructed the request could not be granted.  The Adams are the Appellants and motions for the appeal and the cost of the record has been bill to Adams (record cost $299) but was also denied copy of record from Harris county district clerk that filed record.  Adams has set up payment of $111.50 that will be overnight for arrival on June 1st 2015.  Adams has sent pre-paid return to posted for record to be shipped to alternate address as Adams will be on vacation (traveling out of town to see parents) but understand set vacation does not change brief will be due at time

of extension if granted by this Honorable Court.  Adams will check court website and or contact the Clerk of the Court for updates on appeal.

II.     CONCLUSION

This is the first and only request for an extension for the above appeal. Adams prayerfully hopes the request for an extension be granted.  Adams request an extension of 15 days to file brief or date set by this Honorable Court . Respectfully submitted this 29th  day of May 2015

_____
Maxine Adams 5510 S. Rice #1206
Houston, TX  77081
Telephone: 713.840.0330
 Email: cecillovesmax@sbcglobal.net
 PRO SE

Respectfully submitted this 29th  day of May 2015

_____
Cecil Adams 5510 S. Rice #1206
Houston, TX  77081
Telephone: 713.840.0330
Email: cecillovesmax@sbcglobal.net
PRO SE

CERTIFICATE OF SERVICE

        As required by Texas Rule of Appellate Procedure, I certify that I have served this document on all other parties which are listed below on the 29th day of May 2015 as follows by electronic file:

        Attorney for Appellee:  Timothy J. Henderson, 6300 West Loop South, Suite 280, Bellaire, Texas 77401-2905 713.668.5697 (fax)

_____
Maxine Adams

Vince Ryan, Esq.
*Harris County Attorney*
vince.ryan@cao.hctx.net

Brian A. Quintero, Esq.
*Senior Assistant County Attorney*
brian.quintero@cao.hctx.net

Clinton Gambil
*Senior Assistant County Attorney*
clinton.gambill@cao.hctx.net

1019 Congress, 15th Floor
Houston, Texas  77002
713.274.5173
713.437.8633 (fax)
**ATTORNEYS FOR CHRIS DANIEL/HARRIS COUNTY**

Timothy J. Henderson
6300 West Loop South, Suite 280
Bellaire, Texas  77401-2905
713.667.7878
713.668.5697 (fax)

**COUNSEL FOR REBECCA ROSS**

Jayson Booth, Esq.
3730 Kirby Drive, Suite 777
Houston, Texas  77098
713.333.0377
713.526.1175 (fax)

**COUNSEL FOR KATHLEEN KEESE**

Christian Cobe Vasquez
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 (fax)

**COUNSEL FOR CHRISTOPHER PRINE**